**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6686**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CARL L. LINYARD, a/k/a Gus, a/k/a Big Kahuna, a/k/a Kahuna,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. David C. Norton, District Judge. (9:03-cr-00620-DCN-1)

Submitted: January 4, 2021                                    Decided: February 8, 2021

Before GREGORY, Chief Judge, KEENAN, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carl L. Linyard, Appellant Pro Se. Robert Nicholas Bianchi, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl L. Linyard seeks to appeal the district court's orders granting in part and denying in part his motion for a sentence reduction pursuant to Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5122, and denying Linyard's motion for reconsideration. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm. *United States v. Linyard*, No. 9:03-cr-00620-DCN-1 (D.S.C. Apr. 6, 2020; Apr. 30, 2020). We deny Linyard's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Because Linyard does not challenge on appeal the district court's failure to consider his postconviction rehabilitation efforts, this opinion does not address that issue.